UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICHAEL A. GERSHAM,

    Plaintiff

v.

CALDWELL-BARR, et. al.,

    Defendants

Case No.: 3:18-cv-00498-MMD-WGC

**Order**

    The Attorney General's Office is ordered to **immediately** serve Plaintiff by mail with the sealed exhibits (ECF Nos. 32-1 to 32-11) at his new address of record on Arlington Avenue (*see* ECF No. 43). Plaintiff has until **June 4, 2021** to file a supplemental response to the motion for summary judgment. Any supplemental reply brief shall be filed by the defense on or before **June 18, 2021**. **THERE WILL BE NO EXTENSIONS OF THESE DEADLINES**.

**IT IS SO ORDERED**.

Dated: May 17, 2021

_____
William G. Cobb
United States Magistrate Judge